**FILED**
July 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-mj-00149-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| RICHARD O'CONNELL, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Richard O'Connell; Case 2:14-mj-00149-KJN from custody and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $50,000.00; cosigned by John O'Connell, Kathleen O'Connell, Tierra Gutierrez

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions;

Issued at   Sacramento, CA   on   7/24/2014   at   2:10 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge